IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| HEATHER RICHEY, *et al.*, *individually and on behalf of all those similarly situated*,<br><br>Plaintiffs,<br><br>v.<br><br>NBT BANCORP INC.,<br><br>Defendant. | No.: 6:24-CV-00362-GTS-ML |

**ORDER**

AND NOW, on this 30th day of October, 2025, upon consideration of Plaintiff's Motion to Conditionally Certify this Matter as a Collective Action Pursuant to §216(b) of the FLSA and Authorize Court-Supervised Notice and Defendant's consent thereto, IT IS:

1. ORDERED that the instant matter is conditionally certified as a collective action pursuant to the FLSA on behalf of all individuals whom Defendant employed at its retail branches in non-exempt, hourly positions and who worked at least 40 hours during at least one workweek during the period from May 21, 2021 through the present.

2. ORDERED that within 14 days of this Order, Defendant shall provide, in electronic and importable format, a spreadsheet identifying all class members and containing, in separate columns, the individual's first name, last name, street address, city, state, zip code, personal email address, and telephone number.

3. ORDERED that within 14 days of this Order, either the Parties shall submit a proposed agreed upon notice to the Branch Employees or, if the Parties cannot agree, Plaintiff shall submit her proposed notice. Should Plaintiff submit proposed notice, Defendant may submit any objections within 7 days of Plaintiff's filing of her proposal.

.

BY THE COURT:

IT IS SO ORDERED:

_____
Glenn T. Suddaby
U.S. District Judge

Dated:  October 30, 2025
         Syracuse, NY